# IN THE SUPREME COURT OF THE STATE OF NEVADA

MADELINE MORRISON,
             Appellant,
vs.
RICHARD ZUCKER; HILLSDALE
COLLEGE; FISHER HOUSE
FOUNDATION; SOUTHWESTERN
LAW SCHOOL; JIM RUZICKA; AND
ELAINE STREGER,
             Respondents.

No. 83700

**FILED**

SEP 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Gloria Sturman, District Judge
     Law Offices of Mitchell S. Bisson
     Goldsmith & Guymon, P.C.
     Elaine Streger
     Jim Ruzicka
     Lee Kiefer & Park, LLP
     Michaelson Law
     Richard Zucker
     Eighth District Court Clerk

22-29448